**Order entered March 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01057-CV

**VICTORY PARK MOBILE HOME PARK, Appellant**

**V.**

**SHARON BOOHER, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-12480**

## ORDER

Before the Court is appellant's February 26, 2013 unopposed second motion for extension of time to file appellant's brief. We **GRANT** appellant's motion. Appellant's brief shall be filed on or before April 8, 2013. We caution appellant that no further extensions of time will be granted absent extraordinary circumstances.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE